IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

WARREN LEROY MILLER,                                          CV. 07-169-MA

        Petitioner,                                        JUDGMENT

  v.

BRIAN BELLEQUE,
Superintendent, Oregon State
Penitentiary,

        Respondent.

MARSH, Judge

    Based on the Record,

    IT IS ORDERED AND ADJUDGED that this Action is DISMISSED, with prejudice.

    IT IS SO ORDERED.

    DATED this _1__ day of OCTOBER, 2009.

                                        __/s/  Malcolm F. Marsh_____
                                        Malcolm F. Marsh
                                        United States District Judge